1 | CHRISTOPHER D. BANYS (230038)
DANIEL W. BEDELL (254912)
2 | HOGENE L. CHOI (256617)
THE LANIER LAW FIRM, P.C.
3 | 2200 Geng Road, Suite 200
Palo Alto, CA 94303
4 | Telephone: (650) 322-9100
Facsimile: (650) 322-9103
5 | cdb@lanierlawfirm.com, dwb@lanierlawfirm.com
hlc@lanierlawfirm.com

Attorneys for Plaintiff
MITCHELL PRUST

RUDY Y. KIM (199426)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MITCHELL PRUST,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 09-05241 (EDL)<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE FROM FEBRUARY 9, 2010 TO FEBRUARY 23, 2010 AND [PROPOSED] ORDER**<br><br>**[Proposed Date:]** February 23, 2010<br>**Original Date:** February 9, 2010<br>**Time:** 10:00 a.m.<br>**Ctrm:** E<br>**Judge:** Hon. Elizabeth D. Laporte |

Pursuant to Civil L.R. 6-2 plaintiff Mitchell Prust and defendant Apple Inc. stipulate as follows:

WHEREAS, a Case Management Conference was originally scheduled in this matter for February 9, 2010.

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE    1
CASE NO: 09-05241 EDL

WHEREAS, lead counsel for plaintiff will be travelling internationally on that date and is unavailable to appear.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, that:

1. The Case Management Conference currently scheduled for 10:00 a.m. on February 9, 2010 should be continued to 10:00 a.m. on February 23, 2010, or to such date that the Court may order;

2. The Joint Case Management Statement should be due on February 16, 2010; and

3. The last day for parties to Meet and Confer under Rule 26(f) should be January 27, 2010.

DATED: January 14, 2010                THE LANIER LAW FIRM, P.C.


By  /s/_____
    Christopher D. Banys
    Counsel for Plaintiff
    Mitchell Prust


DATED: January 14, 2010                Morrison & Foerster LLP


By  /s/_____
    Rudy Y. Kim
    Counsel for Defendant
    Apple Inc.

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE                  2
CASE NO:  09-05241 EDL

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

1. The Case Management Conference currently scheduled for 10:00 a.m. on February 9, 2010 shall be continued to 10:00 a.m. on February 23, 2010;

2. The Joint Case Management Statement shall be due on February 16, 2010; and

3. The last day for parties to Meet and Confer under Rule 26(f) shall be January 27, 2010.

Dated: _____

The Honorable Elizabeth D. Laporte
United States Magistrate Judge