1  CHRISTOPHER D. BANYS (230038)
   DANIEL W. BEDELL (254912)
2  HOGENE L. CHOI  (256617)
   THE LANIER LAW FIRM, P.C.
3  2200 Geng Road, Suite 200
   Palo Alto, CA  94303
4  Telephone: (650) 322-9100
   Facsimile: (650) 322-9103
5  cdb@lanierlawfirm.com, dwb@lanierlawfirm.com
   hlc@lanierlawfirm.com
6
   Attorneys for Plaintiff
7  MITCHELL PRUST

8  RUDY Y. KIM (199426)
   MORRISON & FOERSTER LLP
9  755 Page Mill Road
   Palo Alto, CA  94304
10 Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
11
   Attorneys for Defendant
12 APPLE INC.

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

   MITCHELL PRUST,                    Case No.  09-05241 (EDL)
17
                     Plaintiff,       **STIPULATION CONTINUING CASE**
18                                     **MANAGEMENT CONFERENCE FROM**
   v.                                  **FEBRUARY 9, 2010 TO FEBRUARY 23,**
19                                     **2010 AND [PROPOSED] ORDER**
   APPLE INC.,
20                                     **[Proposed Date:]  February 23, 2010**
                     Defendant.        **Original Date:    February 9, 2010**
21                                     **Time:             10:00 a.m.**
                                       **Ctrm:             E**
22                                     **Judge:            Hon. Elizabeth D. Laporte**

23

24

        Pursuant to Civil L.R. 6-2 plaintiff Mitchell Prust and defendant Apple Inc. stipulate as
25
   follows:
26
        WHEREAS, a Case Management Conference was originally scheduled in this matter for
27
   February 9, 2010.
28

   STIPULATION TO CONTINUE CASE
   MANAGEMENT CONFERENCE                    1
   CASE NO:  09-05241 EDL

1

2        WHEREAS, lead counsel for plaintiff will be travelling internationally on that date and is

3   unavailable to appear.

4        NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties hereto,

5   through their respective counsel of record, that:

6        1.       The Case Management Conference currently scheduled for 10:00 a.m. on February

7   9, 2010 should be continued to 10:00 a.m. on February 23, 2010, or to such date that the Court

8   may order;

9        2.       The Joint Case Management Statement should be due on February 16, 2010; and

10       3.       The last day for parties to Meet and Confer under Rule 26(f) should be January 27,

11   2010.

12   DATED:  January 14, 2010              THE LANIER LAW FIRM, P.C.

13

14                                         By__/s/_____
                                              Christopher D. Banys
                                              Counsel for Plaintiff
15                                            Mitchell Prust

16
     DATED:  January 14, 2010              Morrison & Foerster LLP
17

18                                         By__/s/_____
                                              Rudy Y. Kim
19                                            Counsel for Defendant
                                              Apple Inc.
20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE                          2
CASE NO:  09-05241 EDL

**PURSUANT TO STIPULATION, IT IS ORDERED THAT:**

1.     The Case Management Conference currently scheduled for 10:00 a.m. on February 9, 2010 shall be continued to 10:00 a.m. on February 23, 2010;

2.     The Joint Case Management Statement shall be due on February 16, 2010; and

3.     The last day for parties to Meet and Confer under Rule 26(f) shall be January 27, 2010.

Dated:  _____January 14, 2010_____

_Elizabeth D. Laporte_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge