CHRISTOPHER D. BANYS (CA SBN 230038)
cdb@lanierlawfirm.com
DANIEL W. BEDELL (CA SBN 254912)
dwb@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 322-9100
Facsimile: (650) 322-9103

Attorneys for Plaintiff and Counterdefendant
MITCHELL PRUST

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Defendant and Counterclaimant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MITCHELL PRUST,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.   3:09-cv-05241-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1    The parties, through their respective undersigned counsel, hereby stipulate pursuant to Local Rules 6-2 and 7-12 as follows:

WHEREAS, an initial case management conference was held before the Court on February 23, 2010;

WHEREAS, on February 24, 2010, the Court issued a case management scheduling order setting the next case management conference for June 8, 2010 at 10 a.m.;

WHEREAS, the parties have met and conferred and agree that a later case management conference would be more productive and beneficial for both parties;

WHEREAS, this is the first requested extension regarding this deadline and continuing the case management conference would not affect the schedule for the case;

IT IS HEREBY STIPULATED that:

(1)    The case management conference currently scheduled for June 8, 2010 should be continued to July 6, 2010 at 10 a.m., or as soon thereafter as is convenient for the Court;

(2)    The updated joint case management statement should be filed at least one week before the continued case management conference.

Dated: June 2, 2010                    THE LANIER LAW FIRM, P.C.

By:    /s/Christopher D. Banys
      CHRISTOPHER D. BANYS

Attorneys for Plaintiff and Counterdefendant
MITCHELL PRUST

Dated: June 2, 2010                    MORRISON & FOERSTER LLP

By:    /s/Rudy Y. Kim
      RUDY Y. KIM

Attorneys for Defendant and Counterclaimant
APPLE INC.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
3:09-cv-05241-EDL
pa-1407198

1

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Christopher D. Banys has concurred in this filing.

Dated: June 2, 2010          MORRISON & FOERSTER LLP

By:   /s/Rudy Y. Kim
      RUDY Y. KIM

Attorneys for Defendant and
Counterclaimant APPLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2010

_____
THE HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE