1   CHRISTOPHER D. BANYS (CA SBN 230038)
    cdb@lanierlawfirm.com
2   DANIEL W. BEDELL (CA SBN 254912)
    dwb@lanierlawfirm.com
3   THE LANIER LAW FIRM, P.C.
    2200 Geng Road, Suite 200
4   Palo Alto, CA 94303
    Telephone: (650) 322-9100
5   Facsimile: (650) 322-9103

6   Attorneys for Plaintiff and Counterdefendant
    MITCHELL PRUST
7
    MICHAEL A. JACOBS (CA SBN 111664)
8   MJacobs@mofo.com
    RICHARD S.J. HUNG (CA SBN 197425)
9   RHung@mofo.com
    MORRISON & FOERSTER LLP
10  425 Market Street
    San Francisco, California  94105-2482
11  Telephone: (415) 268-7000
    Facsimile: (415) 268-7522
12
    RUDY Y. KIM (CA SBN 199426)
13  RudyKim@mofo.com
    MORRISON & FOERSTER LLP
14  755 Page Mill Road
    Palo Alto, California  94304-1018
15  Telephone: (650) 813-5600
    Facsimile: (650) 494-0792
16
    Attorneys for Defendant and Counterclaimant
17  APPLE INC.

18

19                UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

                   SAN FRANCISCO DIVISION
21

    MITCHELL PRUST,                     Case No.    3:09-cv-05241-EDL
22
                    Plaintiff,
23
         v.                            **STIPULATION AND ~~[PROPOSED]~~**
24                                     **ORDER CONTINUING CASE**
    APPLE INC.,                        **MANAGEMENT CONFERENCE**
25
                    Defendant.
26
    AND RELATED COUNTERCLAIMS
27

28
            STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
    3:09-cv-05241-EDL
    pa-1407198

1        The parties, through their respective undersigned counsel, hereby stipulate pursuant to

2    Local Rules 6-2 and 7-12 as follows:

3        WHEREAS, an initial case management conference was held before the Court on

4    February 23, 2010;

5        WHEREAS, on February 24, 2010, the Court issued a case management scheduling order

6    setting the next case management conference for June 8, 2010 at 10 a.m.;

7        WHEREAS, the parties have met and conferred and agree that a later case management

8    conference would be more productive and beneficial for both parties;

9        WHEREAS, this is the first requested extension regarding this deadline and continuing the

10   case management conference would not affect the schedule for the case;

11       IT IS HEREBY STIPULATED that:

12       (1)    The case management conference currently scheduled for June 8, 2010 should be
                 July 13, 2010 at 4:00 p.m.

13   continued to ~~July 6, 2010 at 10 a.m.~~, or as soon thereafter as is convenient for the Court;

14       (2)    The updated joint case management statement should be filed at least one week

15   before the continued case management conference.

16   Dated:  June 2, 2010          THE LANIER LAW FIRM, P.C.

17

18                       By:    /s/Christopher D. Banys
                               CHRISTOPHER D. BANYS

19                       Attorneys for Plaintiff and Counterdefendant
                         MITCHELL PRUST
20

21   Dated:  June 2, 2010          MORRISON & FOERSTER LLP

22                       By:    /s/Rudy Y. Kim
                               RUDY Y. KIM
23

24                       Attorneys for Defendant and Counterclaimant
                         APPLE INC.

25

26

27

28

1    I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this

2  Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with

3  General Order 45, X.B., I hereby attest that Christopher D. Banys has concurred in this filing.

4  Dated: June 2, 2010                              MORRISON & FOERSTER LLP

5
                                                 By:    /s/Rudy Y. Kim
6                                                        RUDY Y. KIM

7                                                       Attorneys for Defendant and
                                                       Counterclaimant APPLE INC.
8

9

10         PURSUANT TO STIPULATION, IT IS SO ORDERED.

     Dated:  ___June 3_____, 2010
11

12                                               _Elizabeth D. Laporte_____
                                                 THE HON. ELIZABETH D. LAPORTE
13                                               UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28