CHRISTOPHER D. BANYS (CA SBN 230038)
cdb@lanierlawfirm.com
DANIEL W. BEDELL (CA SBN 254912)
dwb@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 322-9100
Facsimile: (650) 322-9103

Attorneys for Plaintiff and Counterdefendant
MITCHELL PRUST

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Defendant and Counterclaimant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MITCHELL PRUST,<br><br>          Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.   3:09-cv-05241-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1   The parties, through their respective undersigned counsel, hereby stipulate pursuant to
2   Local Rules 6-2 and 7-12 as follows:

3   WHEREAS, an initial case management conference was held before the Court on
4   February 23, 2010;

5   WHEREAS, on February 24, 2010, the Court issued a case management scheduling order
6   setting the next case management conference for June 8, 2010 at 10 a.m.;

7   WHEREAS, the parties have met and conferred and agree that a later case management
8   conference would be more productive and beneficial for both parties;

9   WHEREAS, this is the first requested extension regarding this deadline and continuing the
10  case management conference would not affect the schedule for the case;

11  IT IS HEREBY STIPULATED that:

12  (1) The case management conference currently scheduled for June 8, 2010 should be
13  continued to ~~July 6, 2010 at 10 a.m.~~ July 13, 2010 at 4:00 p.m., or as soon thereafter as is convenient for the Court;

14  (2) The updated joint case management statement should be filed at least one week
15  before the continued case management conference.

16  Dated: June 2, 2010         THE LANIER LAW FIRM, P.C.

18                              By:   /s/Christopher D. Banys
                                      CHRISTOPHER D. BANYS

19                              Attorneys for Plaintiff and Counterdefendant
                                MITCHELL PRUST

21  Dated: June 2, 2010         MORRISON & FOERSTER LLP

22                              By:   /s/Rudy Y. Kim
23                                    RUDY Y. KIM

24                              Attorneys for Defendant and Counterclaimant
                                APPLE INC.

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
3:09-cv-05241-EDL
pa-1407198

1

I, Rudy Y. Kim, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Christopher D. Banys has concurred in this filing.

Dated: June 2, 2010                MORRISON & FOERSTER LLP

                                   By:   /s/Rudy Y. Kim
                                         RUDY Y. KIM

                                   Attorneys for Defendant and
                                   Counterclaimant APPLE INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __June 3__, 2010

*Elizabeth D. Laporte*
THE HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE