CHRISTOPHER D. BANYS (CA SBN 230038)
cdb@lanierlawfirm.com
DANIEL W. BEDELL (CA SBN 254912)
dwb@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 322-9100
Facsimile: (650) 322-9103

Attorneys for Plaintiff and Counterdefendant
MITCHELL PRUST

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Defendant and Counterclaimant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MITCHELL PRUST,<br><br>               Plaintiff,<br><br>       v.<br><br>APPLE INC.,<br><br>               Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.   3:09-cv-05241-EDL<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING DISMISSAL** |

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL
Case No: 3:09-cv-05241-EDL

The parties, through their respective undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that: (1) all claims for relief asserted against APPLE INC. by MITCHELL PRUST herein are dismissed with prejudice; (2) all counterclaims for relief against MITCHELL PRUST by APPLE INC. are dismissed without prejudice; and (3) all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: June 9, 2010

CHRISTOPHER D. BANYS
DANIEL W. BEDELL
THE LANIER LAW FIRM, P.C.

By: /s/ Christopher D. Banys
　　　CHRISTOPHER D. BANYS

Attorneys for Plaintiff and Counterdefendant
MITCHELL PRUST

Dated: June 9, 2010

MICHAEL A. JACOBS
RUDY Y. KIM
RICHARD S.J. HUNG
MORRISON & FOERSTER LLP

By: /s/ Rudy Y. Kim
　　　RUDY Y. KIM

Attorneys for Defendant and Counterclaimant
APPLE INC.

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED and DECREED that: (1) all claims for relief asserted against APPLE INC. by MITCHELL PRUST herein are dismissed with prejudice; (2) all counterclaims for relief against MITCHELL PRUST by APPLE INC. are dismissed without prejudice; and (3) all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

Dated: __June 9__, 2010

_Elizabeth D. Laporte_
THE HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL
Case No: 3:09-cv-05241-EDL

1